**GENON WEST, L.P., formerly known as Reliant Energy, also known as Etiwanda, L.L.C., Petitioner–Cross–Respondent**

v.

**NATIONAL LABOR RELATIONS BOARD, Respondent–Cross–Petitioner.**

**No. 12–60041.**

United States Court of Appeals, Fifth Circuit.

Dec. 14, 2012.

Dennis Paul Duffy, Esq., Baker Botts, L.L.P., Houston, TX, Evan A. Young, Attorney, Baker Botts, L.L.P., Austin, TX, for Petitioner–Cross–Respondent.

Linda Dreeben, Esq., Deputy Associate General Counsel, Ruth E. Burdick, National Labor Relations Board, Washington, DC, James J. McDermott, National Labor Relations Board, Los Angeles, CA, for Respondent–Cross–Petitioner.

bor Relations Board is ENFORCED. *See* 5TH CIR. R. 47.6.

Before JOLLY, BENAVIDES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The petitioner's Petition for Review is DENIED. The order of the National La-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.